

ATTORNEYS AT LAW

**JEFFREY W. LORELL**
973.622.3693
jeff.lorell@saiber.com

February 14, 2012

Honorable Cathy L. Waldor, U.S.M.J.
United States District Court
King Fed. Bldg. & U.S. Courthouse
50 Walnut Street, Courtroom 4C
Newark, New Jersey 07101

    Re:    **Picatinny Federal Credit Union v. CUMIS Insurance Society, Inc.
            Civil Action No. 11-04853 (ES) (CLW)**

Dear Judge Waldor:

    As Your Honor may recall, we presently have a telephone status conference scheduled with Your Honor on February 23, 2012 at 1:00 p.m. In light of the pending motion to consolidate this case with the case of Proponent Federal Credit Union v. CUMIS Insurance Society, Inc., Civil Action No. 11-05760, both Picatinny and CUMIS jointly request that our telephone status conference be adjourned until shortly after the motion to consolidate is decided.

                                              Respectfully,

                                              Jeffrey W. Lorell

JWL/m
cc:    Arthur H. Aizley, Esq.
        Valerie Rojas, Esq.
        Michael R. Davisson, Esq.
        James H. Forte, Esq.