| | | |
|---|---|---|
| PICATINNY FEDERAL CREDIT UNION, | : | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : | |
| -vs- | : | Civil Action No. 11-4853 (ES/MCA) |
| CUMIS INSURANCE SOCIETY, INC., | : | ORDER |
| Defendant(s), | : | |

| | | |
|---|---|---|
| PROPONENT FEDERAL CREDIT UNION, | : | |
| Plaintiff(s), | : | |
| -vs- | : | Civil Action No. 11-5760 (WHW/MCA) |
| CUMIS INSURANCE SOCIETY, INC., | : | ORDER |
| Defendant(s), | : | |

**THIS MATTER** having come before the Court for an in person status conference on May 24, 2012; and for good cause shown;

**IT IS on this 24th day of May, 2012**

**ORDERED THAT:**

1.  Affirmative expert reports shall be served by **October 1, 2012**.

2.  Responsive expert reports shall be served by **November 1, 2012**.

3.  Fact discovery shall be completed by **October 1, 2012**.

4.      A telephone status conference is scheduled for **Thursday, August 23, 2012 at 3:30 p.m.**  Plaintiff's counsel will initiate the telephone conference.

*s/Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States Magistrate Judge**

Original:      Clerk
cc:           Hon. Esther Salas, U.S.D.J.
              Hon. William H. Walls, U.S.D.J.
              File