**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

CHAMBERS OF
**MADELINE COX ARLEO**
UNITED STATES MAGISTRATE JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2060
NEWARK, NJ 07101
973-297-4903

August 24, 2012

James H. Forte, Esq.
Saiber, Schlesinger, Satz & Goldstein, LLC
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932

Arthur H. Aizley, Esq.
Sedgwick, LLP
125 Broad Street
New York, NY 10004

## LETTER ORDER

Re: **Picatinny Federal Credit Union v. Cumis Insurance Society, Inc.**
 **Civil Action No. 11-4853 (ES/MCA)**

Dear Counsel:

A settlement conference is scheduled for **Friday, September 28, 2012 at 11:30 a.m.** One week prior to the conference, each party is to deliver to the court an _ex parte_ letter, not to exceed 5 pages, summarizing the relevant facts, the respective legal positions, status of the case, and the client's position on settlement. Trial counsel are to be present at the conference. Clients will full settlement authority shall be present at the conference.

**SO ORDERED.**

_s/Madeline Cox Arleo_
**MADELINE COX ARLEO**
**United States Magistrate Judge**

cc: Clerk
 Hon. Esther Salas, U.S.D.J.
 File