# GENOVA BURNS GIANTOMASI & WEBSTER
ATTORNEYS-AT-LAW

| | | | | | |
|---|---|---|---|---|---|
| ANGELO J. GENOVA ◇ +* | KEITH A. KRAUSS ◇ ^ | JOSEPH M. HANNON ◇ + | CYNTHIA L. M. HOLLAND ◇ + | ALEXANDRA M. HILL ◇ * |
| JAMES M. BURNS ◇ | MICHAEL J. OLIVEIRA ◇ + | PETER F. BERK ◇ | KATHRYN E. DUGAN ◇ | BRETT M. PUGACH ◇ + |
| FRANCIS J. GIANTOMASI ◇ + | HARRY G. KAPRALOS ◇ + | LISA A. JOHN ◇ | EILEEN FITZGERALD ADDISON ◇ | JENNA M. BEATRICE ◇ + |
| ELNARDO J. WEBSTER II ◇ ^ | REBECCA MOLL FREED ◇ + | LAUREN W. GERSHUNY ◇ + | MATTHEW KERTZ ◇ +•^ | MARIA R. FRUCI ◇ + |
| JOHN C. PETRELLA ◇ | JOHN R. VREELAND ◇ + | NICHOLAS J. REPICI ◇ * | CHARLES J. MESSINA ◇ + | JANE KHODARKOVSKY ◇ + |
| JAMES J. McGOVERN III ◇ | JENNIFER BOREK ◇ + | JENNIFER CARRILLO-PEREZ ◇ | JOHN SUWATSON ◇ + | JOSEPH V. MANNEY ◇ + |
| LAURENCE D. LAUFER + | DINA M. MASTELLONE ◇ + | ALEXANDER L. D'JAMOOS ◇ + | ROBERT W. FERGUSON, III ◇ | EDWARD W. SCHROLL ◇ + |
| JEFFREY R. RICH ◇ + | JONI NOBLE McDONNELL ◇ | RAJIV D. PARIKH ◇ + | LAUREN J. MARCUS ◇ | |
| JUDSON M. STEIN ◇ | JISHA V. DYMOND ◇ + | GEMMA M. GIANTOMASI ◇ + | JOSHUA E. KNAPP ◇ + | RONALD H. DeMARIA |
| KATHLEEN BARNETT EINHORN ◇ + | KENNETH J. SHEEHAN ◇ | AKINYEMI T. AKIWOWO ◇ + | JUSTIN A. JACOBS ◇ + | (1939-2004) |
| CELIA S. BOSCO ◇ + | GEORGE L. GARCIA ◇ + | JENNIFER PAGANUCCI ◇ + | PHILLIP M. ROFSKY ◇ | |
| BRIAN W. KRONICK ◇ | MATTHEW R. KAPLAN ◇ + | GINA M. SCHNEIDER ◇ | ANA J. MURTEIRA ◇ | |
| JAMES BUCCI ◇ *+ | | HARRIS S. FREIER ◇ +^∞ | DOUGLAS KLEIN ◇ + | MEMBER OF NEW JERSEY BAR ◇ |
| PATRICK W. McGOVERN ◇ + | COUNSEL | JODI M. LUCIANI ◇ + | REBECCA FINK ◇ + | MEMBER OF NEW YORK BAR + |
| WILLIAM F. HARRISON ◇ | | JODI C. LIPKA ◇ + | FRANCIS M. GIANTOMASI ◇ | MEMBER OF PENNSYLVANIA BAR * |
| DOUGLAS E. SOLOMON ◇ + | RALPH J. SALERNO ◇ | | ERICA B. LOWENTHAL ◇ + | MEMBER OF DISTRICT OF COLUMBIA ^ |
| DENA B. CALO ◇ * | GEORGE L. SCHNEIDER ◇ + | | | MEMBER OF CONNECTICUT BAR ∞ |
| JASON L. SOBEL ◇ + | GREGORY E. NAGY ◇ | | | MEMBER OF VIRGINIA BAR • |
| JENNIFER MAZAWEY ◇ + | DAVID P. COOKE ◇ + | | | |
| CHRISTOPHER M. HARTWYK ◇ | NICHOLAS R. AMATO ◇ | | | |
| | HARVEY WEISSBARD ◇ | | | |
| | BRUNO GENOVA ◇ | | | |

OF COUNSEL

September 24, 2012

**VIA ECF AND REGULAR MAIL**
The Honorable Madeline Cox Arleo, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Building and Courthouse
50 Walnut Street, Room 2060
Newark, New Jersey 07102

> Re: **Proponent Federal Credit Union v. Cumis Insurance Society, Inc.**
> **Docket No.: 2:11:CV-05760**

Dear Magistrate Judge Arleo:

As Your Honor is aware, this firm represents Plaintiff Proponent Federal Credit Union ("Plaintiff") in the above-captioned matter. Pursuant to instructions from Your Honor's secretary, I write to inform the Court that a settlement has been reached by Plaintiff and Defendant Cumis Insurance Society, Inc. and to thus request that the case management conference currently scheduled for September 27, 2012, be cancelled as to Plaintiff. We have been informed that the Picatinny Federal Credit Union v. Cumis Insurance Society, Inc., Docket No.: 2:11-cv-04853 (WHW)(MCA) case has not settled.

Respectfully yours,

GENOVA BURNS GIANTOMASI & WEBSTER

*/s/ Harvey Weissbard*

HARVEY WEISSBARD

# GENOVA BURNS GIANTOMASI & WEBSTER
ATTORNEYS-AT-LAW

The Honorable Madeline Cox Arleo, U.S.M.J.
September 24, 2012
Page 2

HW/LWG/JAJ/cp
cc:     Arthur H. Aizley, Esq.
        Michael R. Davisson, Esq.
        Valerie D. Rojas, Esq.
        James H. Forte, Esq.

708741 (2808.001)