SAIBER LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
(973) 622-3333
Attorneys for Plaintiff
Picatinny Federal Credit Union

| | |
|---|---|
| PICATINNY FEDERAL CREDIT UNION,<br><br>               Plaintiff,<br><br>      v.<br><br>CUMIS INSURANCE SOCIETY, INC.,<br><br>               Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Hon. Esther Salas<br><br>Civil Action No. 11-04853 (ES)(MCA)<br><br>Civil Action<br><br>STIPULATION AND ORDER<br>OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for plaintiff Picatinny Federal Credit Union and defendant CUMIS Insurance Society, Inc. that the First Amended Complaint and any and all other claims or counterclaims asserted in this action be and the same are hereby dismissed with prejudice and without costs against either party.

SAIBER LLC
Attorneys for Plaintiff
Picatinny Federal Credit Union

By: _____
      JAMES H. FORTE
   A Member of the Firm

Dated: October 17, 2012

SEDGWICK LLP
Attorneys for Defendant
CUMIS Insurance Society, Inc.

By: _____
     ARTHUR H. AIZLEY
     For the Firm

Dated: October 18, 2012

IT IS ON THIS ____ DAY OF _____, 2012:

SO ORDERED:

_____
ESTHER SALAS, U.S.D.J.

{00746990.DOC}